IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-MJ-406 |
| OMAR ENRIQUE DIAZ AMAYA | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kevin Ho, being duly sworn, depose and state:

1.  I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) at Fairfax, Virginia. I have been employed with ICE for more than ten years. I was previously employed as a Customs and Border Protection Enforcement Officer for United States Customs and Border Protection and its predecessor, the United States Immigration and Naturalization Service, since April 1996. During that time, I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2.  My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3.  This affidavit is submitted in support of a criminal complaint charging OMAR ENRIQUE DIAZ AMAYA (hereafter referred to as DIAZ AMAYA) with being found in the United States, after being denied admission, excluded, or removed, or having departed the

1

United States while an order of exclusion, deportation, or removal was outstanding, in violation of 8 U.S.C. § 1326(a). This affidavit is also submitted in support of an arrest warrant.

4. The facts and information contained in this affidavit are based upon my training and experience, participation in immigration investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me through my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about August 3, 2019, ICE personnel in Lorton, Virginia received information from the Prince William – Manassas Regional Adult Detention Center located in Manassas, Virginia, which is in the Eastern District of Virginia, that DIAZ AMAYA, a native and citizen of El Salvador, was being detained at the Prince William – Manassas Regional Adult Detention Center on a misdemeanor charge. An immigration detainer was filed with Prince William – Manassas Regional Adult Detention Center on August 3, 2019.

6. Section 287(g) of the Immigration and Nationality Act permits performance of immigration officer functions by state officers and employees (referred to herein as "ICE 287(g) Officers") provided that the local law enforcement officers receive appropriate training and function under the supervision of sworn ICE officers.

7. DIAZ AMAYA was fingerprinted on or about August 3, 2019. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously

deported aliens. This system is also integrated with the criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to DIAZ AMAYA and his FBI number.

8. On or about August 3, 2019, DIAZ AMAYA was interviewed by ICE 287(g) Jail Enforcement Officer J. Huff pursuant to 8 U.S.C. § 1357 for alienage and deportability. DIAZ AMAYA freely and voluntarily gave a sworn statement to Officer Huff, in which DIAZ AMAYA stated:

    a) that his true and correct name is Omar Enrique Diaz Amaya;

    b) that he was born in 1980 in Cabanas, El Salvador;

    c) that he is a citizen of El Salvador;

    d) that he was previously deported from the United States; and

    e) that he did not receive permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States after being removed.

9. On September 2, 2019, your affiant conducted a review of documents from DIAZ AMAYA's immigration file that is maintained by the United States Bureau of Citizenship and Immigration Services. The file, also known as an alien file, contained an executed United States Department of Homeland Security Form I-296, entitled "Notice to Alien Ordered Removed / Departure Verification," bearing the photograph, fingerprint, and signature of DIAZ AMAYA. According to the Form I-296, DIAZ AMAYA was removed from the United States on October 23, 2008 from Harlingen, Texas.

10. On September 2, 2019, your affiant asked the FBI Special Processing Center to compare the fingerprints that ICE obtained from DIAZ AMAYA on or about August 3, 2019,

with an individual print on DIAZ AMAYA's Form I-296 that was taken before his removal on October 23, 2008, as well as with a complete set of fingerprints taken from DIAZ AMAYA's alien file that were associated with his prior immigration arrests. On September 2, 2019, the FBI successfully matched all submitted fingerprints to DIAZ AMAYA and his FBI number.

11. DIAZ AMAYA's alien file indicates that DIAZ AMAYA does not have any immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally and that he has neither sought nor obtained permission from the Attorney General or the Secretary of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

12. Based the foregoing, I submit that there is probable cause to believe that on or about August 3, 2019, in Manassas, Virginia, within the Eastern District of Virginia, the defendant, DIAZ AMAYA, having been removed or deported from the United States on or about October 23, 2008, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Homeland Security to reapply for admission to the United States.

Kevin Ho
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to and subscribed before me
on the 20 day of September 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
United States Magistrate Judge
Alexandria, VA